UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-81281-ROSENBERG/REINHART

MICHAEL A. HENRY-BEY, FKA
MICHAEL ANTHONY HENRY,

   Petitioner,

v.

HECTOR CASTRO; CARMELA BAUTISA;
THE BANK OF NEW YORK MELLON;
SHERWOOD LAKES HOMEOWNERS
ASSOCIATION, INC.; MAXIM PROPERTIES;
NATIONSTAR MORTGAGE, LLC; and
BANK OF AMERICA HOME LOANS;

   Respondents.
_____/

## ORDER STRIKING PETITION TO CONFIRM
## FINAL ARBITRATION AWARD, AND CLOSING CASE

**THIS CAUSE** came before the Court upon Respondents' Motion to Strike the Petition to Confirm Final Arbitration Award. DE 7. The Petition was filed on September 18, 2019, and it is the latest in a multitude of filings by Petitioner across numerous courts seeking redress related to the foreclosure of his property in 2017. DE 1; *see also* DE 7 at 2–8. The Petition requests the confirmation of a "Final Arbitration Award" that purports to quiet title in Petitioner's favor as to the property and to award Petitioner $540,000 from each of five Respondents, for a total of $2.7 million. DE 1, Ex. A.

In a related case, this Court imposed sanctions on Petitioner and declared him a vexatious litigant:

> Plaintiff may not file any documents in the Court record related to this property without representation by an attorney licensed to practice in this Court. Any pleadings related to this property filed by Plaintiff without an attorney licensed to practice in this Court will be immediately stricken.

*Bey v. The Bank of New York Mellon et al.*, Order Imposing Sanctions as a Vexatious Litigant, Case No. 17-cv-81077 (S.D. Fla. June 16, 2019). The instant case attempts to subvert that prior Order by filing on a new docket under the pretense of an apparently fraudulent arbitration award. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Respondents' Motion to Strike [DE 7] is **GRANTED**.

2. The Petition to Confirm Final Arbitration Award [DE 1] is **STRICKEN**.

3. Pursuant to the previously issued sanctions, any future filings by Petitioner in this case which are not submitted by an attorney admitted to practice before this Court will be immediately **STRICKEN**.

4. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of October, 2019.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE